FILED
CLERK, U S DISTRICT COURT
JUL 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND H. GALTON,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. EDCV 07-0824-DOC (JTL)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is reversed and this case is remanded for further administrative proceedings consistent with the Report and Recommendation.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July 7, 2008

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE